**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Beverly Knight                    CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 25-11938 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

                                  Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
23 May 2025, 12:27:44, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 348ab446eb7c3ce7329e48a9685d780e87477749a46977eca14a1c84dcb755aa