*Form 237* (3/23)–doc 10

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Beverly Knight | ) | Case No. 25–11938–amc |
| | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## NOTICE

To ECMC;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that proof of claim #4 in the amount of $26357.23 has been filed in your name by the Trustee on 6/12/25.

Date: June 13, 2025

For The Court

Timothy B. McGrath
Clerk of Court