# EXHIBIT C

eRecorded in Philadelphia PA Doc Id: 54367340
11/27/2024 08:28 AM2    Rec Fee: $242.75
Receipt#: █████
Records Department    Doc Code: A

Prepared By:
Deb Steidl
1427 Energy Park Drive
St. Paul, MN 55108

When Recorded Return To:
Indecomm Global Services
1427 Energy Park Drive
ST. PAUL, MN 55108



# Assignment of Mortgage

Dated: **November 25, 2024**

For value received **Mortgage Electronic Registration Systems, Inc., as mortgagee, as nominee for EQUITY PRIME MORTGAGE LLC, its successors and assigns, 11819 Miami St, Suite 100, Omaha, NE 68164; PO Box 2026, Flint, MI 48501-2026**, the undersigned hereby grants, assigns and transfers to **EQUITY PRIME MORTGAGE LLC, 5 CONCOURSE PARKWAY, QUEEN BUILDING, SUITE 2250, ATLANTA, GA 30328**, all beneficial interest under a certain Mortgage dated **March 25, 2024** executed by **BEVERLY KNIGHT** and recorded as Document Number **54305185** on **May 31, 2024 in the office of the County Recorder of Philadelphia County, Pennsylvania**.

MORTGAGE AMOUNT: **$162,800.00**

LEGAL DESCRIPTION: **SEE ATTACHED EXHIBIT A LEGAL DESCRIPTION**

MUNICIPALITY: **Philadelphia City**

PROPERTY ADDRESS: **4729 BLEIGH AVE, PHILADELPHIA, PA 19136**

**Certificate of Residence**

I, **Deb Steidl**, do hereby certify that the precise address of the within-named Assignee is 5 **CONCOURSE PARKWAY, QUEEN BUILDING, SUITE 2250, ATLANTA, GA 30328**.

Dated: **November 25, 2024**

*Deb Steidl*
Deb Steidl, Agent of Assignee

Page 1

Mortgage Electronic Registration Systems, Inc., as mortgagee, as nominee for EQUITY PRIME MORTGAGE LLC, its successors and assigns

By: 

**Debra M Steidl,**
**Vice President**

STATE OF **Minnesota**        )

COUNTY **Ramsey**              ) SS

On **November 25, 2024** before me, **Shoua Lee**, **Notary Public** in and for said State personally appeared **Debra M Steidl**, **Vice President** of **Mortgage Electronic Registration Systems, Inc., as mortgagee, as nominee for EQUITY PRIME MORTGAGE LLC, its successors and assigns,** personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that s/he executed the same in his/her authorized capacity, and that by his/her signature on the instrument the entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

**Shoua Lee, Notary Public**
Commission #: **31049342**
My Commission expires: **January 31, 2027**

**SHOUA LEE**
**Notary Public-Minnesota**
My Commission Expires Jan 31, 2027

Page 2

## EXHIBIT A

ALL THAT CERTAIN LAND SITUATED IN PHILADELPHIA COUNTY, PENNSYLVANIA, TO-WIT:

ALL THAT CERTAIN LOT OR PIECE OF GROUND WITH THE BUILDINGS AND IMPROVEMNTS THEREON ERECTED.

SITUATE ON THE NORTHEAST SIDE OF BLEIGH STREET (60 FEET WIDE) AT THE DISTANCE OF THREE HUNDRED AND SIXTY-NINE FEET THREE AND ONE-QUARTER INCHES NORTHWESTWARDLY FROM THE SAID NORTHWEST SIDE OF EDMOND STREET (60 FEET WIDE) IN THE SIXTY-FIFTH (FORMERLY FORTY-FIRST) WARD OF THE CITY OF PHILADELPHIA.

CONTAINING IN FRONT OR BREADTH ON THE SAID BLEIGH STREET FIFTEEN FEET AND EXTENDING OF THAT WIDTH IN LENGTH OR DEPTH NORTHEASTWARDLY BETWEEN PARALLEL LINES AT RIGHT ANGLES TO THE SAID BLEIGH STREET SIXTY-FOUR FEET TEN AND THREE-EIGHTHS INCHES TO THE MIDDLE OF A CERTAIN TEN FEET WIDE DRIVEWAY WHICH EXTENDS NORTHWESTWARDLY FROM THE SAID EDMOND STREET AND WHICH COMMUNICATES AT ITS NORTHWESTERNMOST END THEREOF WITH A CERTAIN OTHER TWELVE FEET WIDE DRIVEWAY WHICH EXTENDS NORTHEASTWARDLY AND SOUTHWESTWARDLY FROM LORING STREETT (40 FEET WIDE) TO THE SAID SLEIGH STREET.

TOGETHER WITH THE FREE AND COMMON USE, RIGHT, LIBERTY AND PRIVILEGE OF THE AFORESAID DRIVEWAYS AS AND FOR PASSAGEWAYS AND DRIVEWAYS AT ALL TIMES HEREAFTER, FOREVER, IN COMMON WITH THE TENANTS, OWNERS AND OCCUPIERS OF THE OTHER LOTS OF GROUND ABOUNDING THEREON.

BEING KNOWN AS 4729 BLEIGH AVENUE.

THIS BEING THE SAME PROPERTY CONVEYED TO BEVERLY KNIGHT FROM LK RENTAL LLC, DATED 12/04/2014 AND RECORDED ON 12/08/2014 IN INSTRUMENT NO. 52858196, IN THE PHILADELPHIA COUNTY RECORDERS OFFICE.

Prepared By:
Kaviya Rathinavel
1427 Energy Park Drive
St. Paul, MN 55108

When Recorded Return To:
Indecomm Global Services
1427 Energy Park Drive
ST. PAUL, MN 55108



## Assignment of Mortgage

Dated: **January 31, 2025**

For value received **Equity Prime Mortgage LLC, 5 Concourse Parkway, Atlanta, GA 30328**, the undersigned hereby grants, assigns and transfers to **MidFirst Bank, a Federally Chartered Savings Association, 999 NW Grand Blvd., Suite 100, Oklahoma City, OK 73118**, all beneficial interest under a certain Mortgage dated **March 25, 2024** executed by **BEVERLY KNIGHT** and recorded as Document Number **54305185** on **May 31, 2024 in the office of the County Recorder of Philadelphia County, Pennsylvania**.

MORTGAGE AMOUNT: **$162,800.00**

LEGAL DESCRIPTION: **SEE ATTACHED EXHIBIT A LEGAL DESCRIPTION**

MUNICIPALITY: **Philadelphia City**

PROPERTY ADDRESS: **4729 BLEIGH AVE, PHILADELPHIA, PA 19136**

**\*\*\*\* THIS MORTGAGE WAS ASSIGNED FROM MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") AS MORTGAGEE, AS NOMINEE FOR EQUITY PRIME MORTGAGE LLC., ITS SUCCESSORS AND ASSIGNS TO: EQUITY PRIME MORTGAGE LLC., DATED 11/25/2024 AND RECORDED ON 11/27/2024 AS DOC# 54367340. \*\*\*\*\*\***

**Certificate of Residence**

I, **DEB STEIDL**, do hereby certify that the precise address of the within-named Assignee is **999 NW Grand Blvd., Suite 100, Oklahoma City, OK 73118** .

Dated: **January 31, 2025**

*Deb Steidl* (signature)

DEB STEIDL, Agent of Assignee

Servbank, sb as attorney in fact for Equity Prime Mortgage LLC

By: *Debra M Steidl* (signature)

**Debra M Steidl,**
**Vice President**

STATE OF **Minnesota**       )
COUNTY  **Ramsey**             ) SS

On **January 31, 2025** before me, **Shoua Lee**, **Notary Public** in and for said State personally appeared **Debra M Steidl**, **Vice President** of **Servbank, sb as attorney in fact for Equity Prime Mortgage LLC**, personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that s/he executed the same in his/her authorized capacity, and that by his/her signature on the instrument the entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

_____
**Shoua Lee, Notary Public**

My Commission expires: January 31, 2027

HOUA LEE
Public-Minnesota
sion Expires Jan 31, 2027

Page 2

# EXHIBIT A

ALL THAT CERTAIN LAND SITUATED IN PHILADELPHIA COUNTY, PENNSYLVANIA, TO-WIT:

ALL THAT CERTAIN LOT OR PIECE OF GROUND WITH THE BUILDINGS AND IMPROVEMNTS THEREON ERECTED.

SITUATE ON THE NORTHEAST SIDE OF BLEIGH STREET (60 FEET WIDE) AT THE DISTANCE OF THREE HUNDRED AND SIXTY-NINE FEET THREE AND ONE-QUARTER INCHES NORTHWESTWARDLY FROM THE SAID NORTHWEST SIDE OF EDMOND STREET (60 FEET WIDE) IN THE SIXTY-FIFTH (FORMERLY FORTY-FIRST) WARD OF THE CITY OF PHILADELPHIA.

CONTAINING IN FRONT OR BREADTH ON THE SAID BLEIGH STREET FIFTEEN FEET AND EXTENDING OF THAT WIDTH IN LENGTH OR DEPTH NORTHEASTWARDLY BETWEEN PARALLEL LINES AT RIGHT ANGLES TO THE SAID BLEIGH STREET SIXTY-FOUR FEET TEN AND THREE-EIGHTHS INCHES TO THE MIDDLE OF A CERTAIN TEN FEET WIDE DRIVEWAY WHICH EXTENDS NORTHWESTWARDLY FROM THE SAID EDMOND STREET AND WHICH COMMUNICATES AT ITS NORTHWESTERNMOST END THEREOF WITH A CERTAIN OTHER TWELVE FEET WIDE DRIVEWAY WHICH EXTENDS NORTHEASTWARDLY AND SOUTHWESTWARDLY FROM LORING STREETT (40 FEET WIDE) TO THE SAID SLEIGH STREET.

TOGETHER WITH THE FREE AND COMMON USE, RIGHT, LIBERTY AND PRIVILEGE OF THE AFORESAID DRIVEWAYS AS AND FOR PASSAGEWAYS AND DRIVEWAYS AT ALL TIMES HEREAFTER, FOREVER, IN COMMON WITH THE TENANTS, OWNERS AND OCCUPIERS OF THE OTHER LOTS OF GROUND ABOUNDING THEREON.

BEING KNOWN AS 4729 BLEIGH AVENUE.

THIS BEING THE SAME PROPERTY CONVEYED TO BEVERLY KNIGHT FROM LK RENTAL LLC, DATED 12/04/2014 AND RECORDED ON 12/08/2014 IN INSTRUMENT NO. 52858196, IN THE PHILADELPHIA COUNTY RECORDERS OFFICE.