**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** Beverly Knight | **BK NO. 25-11938 AMC** |
| **Debtor(s)** | **Chapter 13** |
| **MIDFIRST BANK** **Movant** | **Related to Claim No. 2** |
| vs. | |
| Beverly Knight | |
| **Debtor(s)** | |
| Kenneth E. West | |
| **Trustee** | |

## CERTIFICATE OF SERVICE

I, Matthew Fissel, certify that on 10/28/2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Motion for Relief
- Notice of Motion
- Proposed Order
- Exhibits A-C

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Dated: 10/28/2025

/s/ **Matthew Fissel**
**Matthew Fissel,** Esquire
Attorney I.D. 314567
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
bkgroup@kmllawgroup.com

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

| Name and Address of Party Served | Relationship of Party | Via |
|---|---|---|
| Beverly Knight<br>4729 Bleigh Avenue<br>Philadelphia, PA 19136 | Debtor | ☐ Hand-delivered<br>☒ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☐ CM/ECF<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Michael A. Cibik2 Esq.<br>1500 Walnut Street, Suite 900<br>(VIA ECF)<br>Philadelphia, PA 19102 | Attorney for Debtor | ☐ Hand-delivered<br>☐ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☒ CM/ECF<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Kenneth E. West<br>Office of the Chapter 13<br>Standing Trustee (VIA ECF)<br>1234 Market Street - Suite 1813<br>Philadelphia, PA 19107 | Trustee | ☐ Hand-delivered<br>☐ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☒ CM/ECF<br>☐ Other<br>_____<br>(as authorized by the court *) |