# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Beverly Knight,<br><br>*Debtor*. | Case No. 25-11938-AMC<br>Chapter 13 |

## CERTIFICATION OF SERVICE

I, Michael A. Cibik, certify that on January 5, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Second Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated. Date:

January 5, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service – CM/ECF:**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

**MidFirst Bank**
999 NorthWest Grand Boulevard
Oklahoma City, OK 73118

**Method of Service - First Class Mail:**

**AcceptanceNOW**
Attn: Bankruptcy
5501 Headquarters Dr
Plano, TX 75024-5837

**AES**
Attn: Bankruptcy
PO Box 2461
Harrisburg, PA 17105-2461

**Affirm, Inc.**
Attn: Bankruptcy
30 Isabella St , Floor 4
Pittsburgh, PA 15212

**City of Philadelphia**
c/o City of Philadelphia
Municipal Services Building
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617

**City of Philadelphia**
Parking Violation Branch
PO Box 41819
Philadelphia, PA 19101-1819

**Comenity Bank/Sony**
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218

**Continental Finance Company**
Attn: Bankruptcy
4550 New Linden Hill Rd Ste 400
Wilmington, DE 19808-2952

**Credit One Bank**
Attn: Bankruptcy
6801 S Cimarron Rd
Las Vegas, NV 89113-2273

**Cws/cw Nexus**
Po Box 9201
Old Bethpage, NY 11804

**Equity Prime Mortgage, Llc**
Attn: Bankruptcy
5 Concourse Pky, Queen Bldg, Ste 2250
Atlanta, GA 30328

**Genesis FS Card Services**
Attn: Bankruptcy
PO Box 4477
Beaverton, OR 97076

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

**Kikoff**
Attn: Bankruptcy
75 Broadway
San Francisco, CA 94111

**Midland Mortgage**
PO Box 26648
Oklahoma City, OK 73126

**Midnight Velvet**
Attn: Bankruptcy
1112 7th Avenue
Monroe, WI 53566

**Navy Federal Credit Union**
Attn: Bankruptcy
PO Box 3000
Merrifield, VA 22119

**PECO Energy Company**
2301 Market St
Philadelphia, PA 19103-1338

**Pennsylvania Attorney General**
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

**Pennsylvania Department of Revenue**
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

**Pennsylvania Office of General Counsel**
333 Market St Fl 17
Harrisburg, PA 17101-2210

**PennyMac Loan Services, LLC**
PO Box 514387
Los Angeles, CA 90051

**Philadelphia Municipal Court**
Traffic Division
800 Spring Garden St
Philadelphia, PA 19123-2616

**Philadelphia Parking Authority**
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

**Sunrise Credit Services, Inc.**
Attn: Bankruptcy
260 Airport Plaza Farmingdale, NY 11735

**U.S. Attorney, Eastern District of Pa.**
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

**U.S. Department of Justice**
Attorney General
PO Box 683
Washington, DC 20044-0683