IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------x
In re						:
						:	Chapter 13
						:
	Beverly Knight,				:
						:
						:	Case No.  25-11938 (AMC)
				Debtor.		:
---------------------------------------------------------x

## THE CITY OF PHILADELPHIA'S
## OBJECTION TO THE PROPOSED THIRD AMENDED CHAPTER 13 PLAN

TO THE HONORABLE ASHELY M. CHAN:

AND NOW, comes the City of Philadelphia, (the "City"), a creditor in the above-captioned case, by and through its Counsel, Pamela Elchert Thurmond, Senior Attorney, pursuant to Bankruptcy Code §§ 1308(a), 1322(a)(2), and L.B.R. 3015-4, to object to the proposed Third Amended Chapter 13 Plan (the "Plan"), of the above-captioned debtor, (the "Debtor").  The City avers the following in support thereof:

1.	On May 15, 2025, the Debtor filed a voluntary petition for Chapter 13 bankruptcy with this Court.

2.	On November 4, 2025, the City filed a claim that included unliquidated, non-filed business tax returns for Unliquidated Claim for Earnings Tax for which the Debtor was obligated to file returns but has failed to do so.  A true and correct copy of the claim is attached hereto and marked as "**Exhibit A**."

3.	The claim also included a secured claim for Agency Receivables amounting to $256.17.

4.	A portion of the unliquidated claim would be a priority claim pursuant to Section 507(a)(8) of the Bankruptcy Code.

5. As neither the Debtor nor another party in interest has objected to the Claim, it is deemed allowed. See 11 U.S.C. § 502(a).

6. As of January 5, 2026, the Debtor failed to file the following required tax returns with the City of Philadelphia:

> **Earnings Tax** returns for the periods: 12/31/2022, 12/31/2023 & 12/31/2024

6. The Plan should not be confirmed as the Debtor has failed to file all tax returns for all taxable periods during the four (4) year period ending on the date the petition was filed. See 11 U.S.C. § 1308(a).

7. A proposed plan must "provide for the full payment . . . of all claims entitled to priority" unless the claim holder agrees otherwise. See 11 U.S.C. § 1322(a)(2).

8. The Plan should not be confirmed until all returns are filed and all the taxes that constitute priority tax claims under 11 U.S.C. § 507 are provided for in the plan. See 11 U.S.C. § 1322(a)(2).

WHEREFORE, the City respectfully requests that this Court DENY confirmation of the Plan.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: January 6, 2026     By:     /s/ Pamela Elchert Thurmond
PAMELA ELCHERT THURMOND
Senior Attorney
PA Attorney I.D. 202054
Attorney for the City of Philadelphia
City of Philadelphia Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA  19102-1595
215-686-0508 (phone)
Email: Pamela.Thurmond@phila.gov

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------x
In re                                    :
                                     :   Chapter 13
                                     :
   Beverly Knight,              :
                                     :
                                     :   Case No.  25-11938 (AMC)
           Debtor. :
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Pamela Elchert Thurmond, Senior Attorney, for the City of Philadelphia in the above-captioned matter, hereby certify that on or before January 6, 2026, a copy of the Objection to the Proposed Third Amended Chapter 13 Plan was served on the following parties by Court-generated ECF notice, and/or I served a copy by first class mail, postage prepaid, as indicated below, to the following addresses:

Via ECF Filing Notice:

| | |
|---|---|
| Chapter 13 Trustee | United States Trustee |
| Office of the Chapter 13 Standing Trustee | Office of United States Trustee |
| KENNETH E. WEST | Robert N.C. Nix Federal Building |
| 190 N. Independence Mall West – Suite 701 | 900 Market Street – Suite 320 |
| Philadelphia, PA 19106 | Philadelphia, PA 19107 |

Debtor's Counsel of Record:
MICHAEL A. CIBIK
Cibik Law, P.C.
1500 Walnut Street –Suite 900
Philadelphia, PA 19102

Via USPS Mail Delivery:
Beverly Knight
4729 Bleigh Avenue
Philadelphia, PA 19136

                                        Respectfully submitted,

Date: January 6, 2026      By:   */s/ Pamela Elchert Thurmond*
                                            PAMELA ELCHERT THURMOND
                                            Senior Attorney
                                            PA Attorney I.D. 202054