## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Beverly Knight,<br><br>                                   *Debtor*. | Case No. 25-11938-AMC<br>Chapter 13 |

### CERTIFICATION OF SERVICE

I, Michael A. Cibik, certify that on March 12, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Fourth Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: March 12, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service - CM/ECF:**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106

**MidFirst Bank**
999 NorthWest Grand Boulevard
Oklahoma City, OK 73118

**The City of Philadelphia**
c/o Pamela Elchert Thurmond
Tax Litigation and Collections Unit
1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102-1595

**Method of Service - First Class Mail:**

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346