**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
-------------------------------------------------------x
In re                                            :
                                                 :          Chapter 13
                                                 :
       Beverly Knight,                           :
                                                 :
                                                 :          Case No.  25-11938 (AMC)
                               Debtor.           :
-------------------------------------------------------x
```

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the City of Philadelphia's Objection to the Proposed Chapter 13 Plan

[Docket No. 32], which was filed on January 6, 2026.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: March 18, 2026           By:      */s/ Pamela Elchert Thurmond*
                                         PAMELA ELCHERT THURMOND
                                         Senior Attorney
                                         PA Attorney I.D. 202054
                                         Attorney for the City of Philadelphia
                                         City of Philadelphia Law Department
                                         Municipal Services Building
                                         1401 JFK Boulevard, 5th Floor
                                         Philadelphia, PA  19102-1595
                                         215-686-0508 (phone)
                                         Email: Pamela.Thurmond@phila.gov