United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-11938-amc |
| Beverly Knight | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 24, 2026 | Form ID: 155 | Total Noticed: 37 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Beverly Knight, 4729 Bleigh Avenue, Philadelphia, PA 19136-4101 |
| 15011915 | + | MIDFIRST BANK, c/o MATTHEW K. FISSEL, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 15008794 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15008798 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 15008802 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15008778 | | Email/Text: bncnotifications@pheaa.org | Mar 25 2026 01:52:00 | AES, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 15019594 | | Email/Text: bnc@atlasacq.com | Mar 25 2026 01:52:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 15008777 | | Email/Text: bankruptcy@rentacenter.com | Mar 25 2026 01:52:00 | AcceptanceNOW, Attn: Bankruptcy, 5501 Headquarters Dr, Plano, TX 75024-5837 |
| 15008779 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Mar 25 2026 02:03:45 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 15008780 | | Email/Text: megan.harper@phila.gov | Mar 25 2026 01:52:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15068866 | | Email/Text: megan.harper@phila.gov | Mar 25 2026 01:52:00 | City of Philadelphia Law Department, Tax Litigation and Collections Unit, 1401 John F. Kennedy Blvd., 5th floor, Philadelphia, PA 19102 |
| 15059288 | | Email/Text: megan.harper@phila.gov | Mar 25 2026 01:52:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 191021595 |
| 15090296 | | Email/Text: megan.harper@phila.gov | Mar 25 2026 01:52:00 | CITY OF PHILADELPHIA, c/o PAMELA ELCHERT THURMOND, City of Philadelphia, Law/Revenue Department, Mun. Serv. Bldg., 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102 |
| 15008783 | | Email/Text: cfcbackoffice@contfinco.com | Mar 25 2026 01:52:00 | Continental Finance Company, Attn: Bankruptcy, 4550 New Linden Hill Rd Ste 400, Wilmington, DE 19808-2952 |
| 15008781 | | Email/Text: bankruptcy@philapark.org | Mar 25 2026 01:52:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15008782 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 25 2026 01:52:00 | Comenity Bank/Sony, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |

District/off: 0313-2 | User: admin | Page 2 of 3

Date Rcvd: Mar 24, 2026 | Form ID: 155 | Total Noticed: 37

| 15008784 | | Email/PDF: creditonebknotifications@resurgent.com | Mar 25 2026 02:03:36 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15008785 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 25 2026 02:03:35 | Cws/cw Nexus, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15018399 | | Email/Text: ECMCBKNotices@ecmc.org | Mar 25 2026 01:52:00 | ECMC, PO Box 16408, St Paul, MN 55116-0408 |
| 15008786 | ^ | MEBN | Mar 25 2026 01:50:50 | Equity Prime Mortgage, Llc, Attn: Bankruptcy, 5 Concourse Pky, Queen Bldg, Ste 2250, Atlanta, GA 30328-7121 |
| 15008787 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 25 2026 01:52:00 | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 15008788 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 25 2026 01:52:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15008789 | + | Email/Text: bankruptcy@kikoff.com | Mar 25 2026 01:52:00 | Kikoff, Attn: Bankruptcy, 75 Broadway, San Francisco, CA 94111-1423 |
| 15015454 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 25 2026 02:03:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15016818 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 25 2026 02:03:25 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15015777 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Mar 25 2026 02:03:44 | MIDFIRST BANK, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 15011704 | ^ | MEBN | Mar 25 2026 01:50:35 | MIDFIRST BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15008790 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Mar 25 2026 02:03:24 | Midland Mortgage, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 15008791 | + | Email/Text: bankruptcy@sccompanies.com | Mar 25 2026 01:52:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 15008792 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Mar 25 2026 01:52:00 | Navy Federal Credit Union, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 15008793 | + | Email/Text: bankruptcygroup@peco-energy.com | Mar 25 2026 01:52:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 15008795 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 25 2026 01:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15008796 | ^ | MEBN | Mar 25 2026 01:50:44 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15008799 | | Email/Text: bankruptcy@philapark.org | Mar 25 2026 01:52:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15029768 | | Email/Text: bnc-quantum@quantum3group.com | Mar 25 2026 01:52:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15008800 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Mar 25 2026 01:52:00 | Sunrise Credit Services, Inc., Attn: Bankruptcy 260 Airport Plaza, Farmingdale, NY 11735-3946 |
| 15008801 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 25 2026 01:52:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Mar 24, 2026 | Form ID: 155 | Total Noticed: 37

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15008797 | | PennyMac Loan Services, LLC, Unit, Los Angeles,, Attn:, PO Box 514387, CorrespondenceCA90051 |
| 15019851 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 15026514 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| MICHAEL A. CIBIK | on behalf of Debtor Beverly Knight help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              )
    Beverly Knight                           )          Case No. 25−11938−amc
                                             )
                                             )
    Debtor(s).                               )          Chapter: 13
                                             )
                                             )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: March 24, 2026                               For The Court

                                                    Ashely M. Chan
                                                    Chief Judge, United States Bankruptcy Court